# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BRENDA TUOHEY, as Personal Representative												PLAINTIFF
of the Estate of Mildred May Bryant and on behalf of
the wrongful death beneficiaries of Mildred Mae Bryant,
and all others similarly situated

v.					No. 4:15CV00506 JLH

CHENAL HEALTHCARE, LLC, d/b/a
CHENAL REHABILITATION AND
HEALTHCARE CENTER, *et al*.												DEFENDANTS

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 7th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE